Anthony H. Guerino, Esq.
Attorney ID #: 003981974
92 Elm Road
**P.O. Box 1982**
Newark, New Jersey 07101
(973) 589-7673
Attorney for Plaintiff

| | |
|---|---|
| **DIANE L. FOBERT**<br><br>Plaintiff,<br>vs.<br><br>**MEGADYNE - JASON INDUSTRIAL LLC; JOHN DOES 1-5; AND JANE DOES 1-5**<br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: CIVIL PART<br>ESSEX COUNTY<br><br>DOCKET NO.: ESX-L 002513-21<br><br>US District Court Reference: 2:21-cv-11011-JMV-MF<br><br>Civil Action<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 4:37-1(a), Plaintiff hereby gives Notice to Voluntarily Dismiss Without Prejudice the Complaint in the within matter.

Date: 5/26/21

_____
Anthony H. Guerino, Esq.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 6/3/21